IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DHIREN PATEL,<br><br>Defendant.<br>_____ / | No. CR 10-00724 WHA<br><br>**ORDER VACATING STATUS CONFERENCE** |

Defendant Dhiren Patel has filed a statement establishing that his one-year term of supervised release has been completed and discharged, effective November 24, 2012. Defendant asserts that he has complied with the terms of his supervised release and special conditions, including performing 100 hours of community service, avoiding employment in any capacity involving waste-water, paying a special assessment of $100, and following all instructions from his probation officer. The single exception is that defendant has been unable to comply fully with the special condition that defendant make four speeches about environmental protection to people employed in the environmental field. According to probation, "[d]espite an exhaustive effort from the offender and his supervising probation officer to find venues for Mr. Patel to give his speech, they were unable to meet the requirements of the condition" (Dkt. No. 40). Defendant did, however, prepare his speech as required.

Because defendant's term of supervised release has been completed and discharged, and based upon defendant's representations that he has complied with all terms and conditions, defendant requests that the status conference currently scheduled for December 11 be vacated to

save him the time and expense of traveling from Arizona. For good cause shown, defendant's request is **GRANTED**. The status conference scheduled for December 11 is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: December 5, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE